IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEAN WILLIAM LEE,                      )
                                       )
                      Plaintiff,       )
                                       )
vs.                                    )   Case No. 15CV110 DRH/SCW
                                       )
                                       )   **Complaint for Declatory**
FEDERAL BUREAU OF PRISONS,             )   **and Injunctive Relief**
                                       )
                      Defendant.       )   FILED

FEB - 3 2015

### JURISDICTION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

1.  This is an action under the Freedom of Information
Act, Title 5 U.S.C. Section 552, to order the Defendant to produce
certain requested records and provide said records to Plaintiff.
Plaintiff specifically requested the following records from
Defendant: all psychology and SIS records contained *within* Plaintiff's
inmate central file located within records maintained by the
Federal Bureau of Prisons, (hereinafter called requested records).

2.  The Court has jurisdiction over this action pursuant
to Title 5 U.S.C. § 552(a)(4); Title 28 U.S.C. § 1361; and the
First and Fifth Amendments.

### PARTIES

3.  Plaintiff is Sean William Lee, an inmate confined within
the Federal Bureau of Prisons presently located at U.S. Penitentiary,
Marion, Illinois.  This cause of action is being brought due
to the failure of Defendant to produce the requested records.

4.  Defendant is the Federal Bureau of Prisons, an agency

of the Executive Branch which reatins custody and control of the requested records.

## CAUSE OF ACTION

5.  By the requested date May 30, 2013, Plaintiff received confirmation from Richard W. Schott, Federal Bureau of Prisons Regional Counsel, concerning Plaintiff's Freedom of Information Act, request number 2013-08204, seeking the requested records. (Exhibit "A")

6.  By letter dated May 30, 2013, Plaintiff was informed that the FOIA request produced 541 pages of responsive records, thereby informing Plaintiff of the request to pay $44.10 to produce the requested records.  (Exhibit "B")

7.  By letter dated Sepember 3, 2013, Plaintiff advised Defendant to proceed with processing the request as he was willing to pay the required $44.10 fee.  (Exhibit "C")

8.  By letter dated October 22, 2013, Defendant responded, acknowledging Plaintiff's agreement to pay the processing fees and to proceed with processing the request.  (Exhibit "D")

9.  By letter dated March 11, 2014, as Plaintiff had not yet received the requested records, he requested a status update concerning his request.  (Exhibit "E")

10.  As of the date of this instant action, Plaintiff has received no further correspondence nor has the requested records been provided to Plaintiff as required by the Act.

11.  This Cause of Action is not based on a denial, but rather on Defendant's non-response and failure to comply with the

Act.

    12.  Plaintiff has exhausted all attempts to obtain the requested records.

    13.  Plaitniff is enttitled, pursuant to Title 5 U.S.C. § 552(a), to be able to acquire the requested records from Defendant.

    WHEREFORE, Plaintiff prays that: (1) this Honorable Court order Defendant to comply with the Act and provide Plaintiff with the requested records; (2) that this Honorable Court award Plaintiff his costs and disbursements in this action pursuant to Title 5 U.S.C. § 552(a)(4)(c); and (3) that this Court grant such order and further relief as the Court shall deem just and proper, and (4) provide for expedition of proceedings on this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(c)(d).

    Respectfully submitted,

Date: *Jan. 26, 2015*

*Sean W. Lee*

Sean W. Lee, pro se
Reg. No. 20178-076
U.S. Penitentiary
P.O. Box 1000
Marion, Illinois  62959

# EXHIBIT



A



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

_____

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

May 30, 2013

Sean William Lee
Reg. No. 20178-076
United States Penitentiary
P. O. Box 1000
Marion, IL   62959



RE:   Freedom of Information Act/Privacy Act Request Number: 2013-08204

Dear Requestor:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request.
Pursuant to Title 28 C.F.R. Part 16.3, the filing of a FOIA/PA request is considered an
agreement by you to pay all applicable fees charged under § 16.11, up to $25.00.
Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Parts
16 and 513.

We have examined your request and have determined that the documents responsive
to your request must be searched for and collected from a field office.   As a result, the
amount of time necessary to respond to your request will increase. Once responsive
documents have been collected from the field, we will process your request in the order
that it was received.

Sincerely,

Richard W. Schott
Regional Counsel

# EXHIBIT

# B



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

May 30, 2013

Sean W. Lee
Register no.  20178-076
U.S. Penitentiary
PO Box 1000
Marion, IL  62959

Re: Information Request No. 2013-08204

Dear Mr. Lee:

This is in response to your above referenced request for records.  Specifically, you request copies of records from your central file.  Specifically, you seek documents, reports memorandums, letters, all psychology records, incident and disciplinary reports, SIS memos and reports, mail covers, trash covers, and unit team reports.

Pursuant to Title 28 C.F.R. § 16.3, the filing of a FOIA/PA request is considered an agreement by you to pay all applicable fees charged under § 16.11, up to $25.00. Regulations that may be pertinent to your request may be found at Title 28 C.F.R. Part 16, and § 513.30.  Title 28 Code of Federal Regulations, Part 16, provides that fees may be assessed for any search or release of records when the disclosure constitutes a release in excess of 100 pages; a search for the requested record(s) exceeds 2 hours; and where the total fees exceed $14.00. The fee for copies of records is 10 cents per page for every page over 100. Search fees are assessed per quarter hour of search time at the rate of $4.00 for clerical staff searches; $7.00 per quarter hour for professional staff searches; and $10.25 per quarter hour for managerial staff searches.  Search fees may be assessed even in instances where no records are located, produced, or released.  In your instant request, we find the following **estimated page/fee** assessment appropriate:

Copies
    10 cents per page over 100 pages
    Pgs.released 541 -100 pgs.= 441 pgs. X 10 cents @ pg.= $44.10

1

When fees associated with a request exceed $25.00, we must receive written confirmation that you are either willing to pay all fees associated with this request, that you wish to modify your request to meet a lower fee, or that you prefer to receive the first one hundred pages free and/or two hours of search time whichever comes first.  Once you have made a determination concerning how you wish for us to proceed, please advise Kara Christenson, NCRO FOIA Paralegal, located at the Federal Medical Center, 2110 East Center Street, Rochester, MN  55903 or at kchristenson@bop.gov.  We will suspend processing of this request until we receive your response.

Importantly, please **do not send any money at this time.**  We will advise you of the exact amount once we have received your decision and your request has been processed.  If you have any other questions or concerns, please contact Ms. Christenson.

Sincerely,

Richard W. Schott
Regional Counsel

COPY

2

# EXHIBIT

# C

Sean W. Lee
Reg. No. 20178-076
U.S. Penitentiary
P.O. Box 1000
Marion, Illions  62959

September 3, 2013

Kara Christenson
Federal Medical Center
NCRO FOIA Paralegal
2110 East Center Street
Rochester, Minnasota  55903



RE: FOIA/PA Request Number 2013-08204

Dear Ms. Christenson,

Concerning the above referenced request, I responded in writing
to the enclosed letter from you dated May 30, 2013.  However, as
of the above date, I have not received any sort of response.  My
fear is that for some reason you may nopt have received my letter
regarding instructions for processing the request.

If this is the case, then please consider this letter aw a written
request confirming that I wish you to go ahead and process the
request as I will agree to pay the fees as required.

Sincerely,

Sean W. Lee

# EXHIBIT

# D



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS     66101-2421*

October 22, 2013

Sean Lee
Register No. 20178-076
United States Penitentiary
PO Box 1000
Marion, IL   62959

Re: Your Information Request No: 2013-08204

Dear Mr. Lee:

This is in response to your recent correspondence wherein you inquire about the status of your request and whether we received your agreement to pay fees associated with your modified request. Review of our records reveals that we did indeed receive your letter agreeing to pay the fees associated with your modified request for psychology and SIS records only. Please be advised that your request is still pending processing. The Department of Justice requires all requests for records to be processed on a first-in, first-out basis. We continue to work diligently to process all pending FOIA requests as soon as possible.

If you are dissatisfied with my response, you may administratively appeal to the Assistant Attorney General, pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information Policy, U.S. Department of Justice, Washington, D.C. 20530.

Sincerely,

Richard W. Schott
Regional Counsel

# EXHIBIT

# E

                              SEAN W. LEE
                              REG. NO. 20178-076
                              U.S. PENITENTIARY
                              P.O. BOX 1000
                              MARION, IL 62959


                              March 11, 2014


Kara Christenson
Federal Medical Center
NCRO FOIA Paralegal                              
2110 East Center Street
Rochester, MN 55903

     RE: FOIA / PA Request Number 2013-08204

     Dear Ms. Christenson,

     This is simply yet another letter concerning the status of the above referenced
request. As you can see from the record, the last update I received was dated
October 22, 2013. In this letter it was indicated that my request was still pending
processing. I understand that all requests for records are processed on a first-in,
first-out basis. However, I can't imagine that my request is that complex that it
would  require the amount of time involved since the initial request to get this
request processed.

     Your time and attention to this matter are greatly appreciated.


                                        Sincerely,


                                        Sean W. Lee

CC: p/file